# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | December 8, 2011 |
| **TIME:** | 11:30 a.m. |
| **DOCKET NUMBER:** | CV-11-2946 (SJ) |
| **NAME OF CASE:** | Howard Williams -v- City of New York, et al. |
| **FOR PLAINTIFF(S):** | Wright |
| **FOR DEFENDANT(S):** | Publicker |
| **NEXT CONFERENCE:** | (see RULINGS below) |

**RULINGS FROM SETTLEMENT CONFERENCE:**

Case settled. A stipulation discontinuing the action will be filed by December 22, 2011.